# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois  60604

June 26, 2014

Before

RICHARD A. POSNER, *Circuit Judge*

DANIEL A. MANION, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

No. 12-3490

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *v.* | No. 09 CR 770 |
| MARK J. McGILL, *Defendant-Appellant*. | Joan B. Gottschall, *Judge*. |

**O R D E R**

The opinion issued in the above-entitled case on June 13, 2014, is hereby amended as follows:

On page 4, line 22, "finally he agreed to tag along," should be changed to "finally agreed to tag along,".